JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN CASTILLO, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAVA MEZZE GRILL, LLC, a Maryland Limited Liability Company; CAVA GROUP, INC., a Washington DC corporation; and DOES 1 TO 100, Inclusive,<br><br>Defendants | Case No. 2:18-cv-07994-MWF-MAA<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE MICHAEL W. FITZGERALD<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**ORDER**

The Court has reviewed the Joint Stipulation Requesting Voluntary Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff EVELYN CASTILLO and Defendants CAVA MEZZE GRILL, LLC and CAVA GROUP, INC. (collectively, the "Parties")

The Parties' Stipulation requesting dismissal of this entire action with prejudice is hereby GRANTED. The case is hereby dismissed in its entirety and with prejudice as to Plaintiff's claims against Defendants.

**IT IS SO ORDERED.**

Dated: January 13, 2020_____
_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE